## IN THE MATTER OF THE APPLICATION OF JOHN A. EARL FOR A WRIT OF MANDAMUS.

Argued August 24, 1942—Decided August 28, 1942.

For the applicant, *James A. Major.*

For James W. Mercer and others, *Walter G. Winne.*

COLIE, J. The relief prayed for is denied. The court being of the opinion that the decision in *Hawkes* v. *Gates et al.,* 129 *N. J. L.* 5, is dispositive of the questions raised herein.

## IN THE MATTER OF THE APPLICATION OF ADOLF T. HUSER, A CANDIDATE TO BE VOTED FOR BY THE ELECTORS OF THE NINTH CONGRESSIONAL DISTRICT FOR THE REPUBLICAN NOMINATION FOR MEMBER OF THE UNITED STATES CONGRESS IN THE PRIMARY ELECTION FOR THE GENERAL ELECTION IN THE YEAR OF 1942.

Argued August 24, 1942—Decided August 28, 1942.

*Adolph T. Huser, pro se.*

For James W. Mercer and others, *Walter G. Winne.*

For John A. Earl, *James A. Major.*

COLIE, J. The relief prayed for is denied. The court being of the opinion that the decision in *Hawkes* v. *Gates et al.,* 129 *N. J. L.* 5, is dispositive of the questions raised herein.